**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **MARIA LILIA RUIZ,** | |
| **Plaintiff** | |
| **v.** | **CASE NO.** |
| **RUTH A. DOROCHOFF, Chicago District Director of the Citizenship and Immigration Services; MICHAEL CHERTOFF, Secretary of the U.S. Department of Homeland Security; and ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation,** | **FILED: MARCH 26,2008**<br>**08CV1744 NF**<br>**JUDGE NORGLE**<br>**MAGISTRATE JUDGE MASON** |
| **Defendants.** | |

**COMPLAINT FOR DECLARATORY RELIEF AND**
**FOR A WRIT IN THE NATURE OF MANDAMUS**

Plaintiff MARIA LILIA RUIZ, by and through her undersigned attorney, for her

Complaint for Mandamus against Defendants, RUTH A. DOROCHOFF, District Director of the

Chicago Office for the U.S. Citizenship and Immigration Services; MICHAEL CHERTOFF,

Secretary of Homeland Security; and ROBERT S. MUELLER, III, Director of the Federal

Bureau of Investigation, alleges as follows:

**Nature of the Case and Parties**

1.      This is a civil action to compel the Chicago District Director of the Office for

Citizenship and Immigration Services to adjudicate an N-400 Application for Naturalization that

has been pending since July 30, 1999 ("Application").  *See* **Exhibit A-1**.

2.      Plaintiff MARIA LILIA RUIZ ("Ms. Ruiz") is a seventy-six-year-old lawful permanent resident born in Colombia on October 8, 1931.  Ms. Ruiz has been a lawful permanent resident of the United States since October 23, 1991.  *See* **Exhibit A-2**.  Her alien registration number is A 71 848 036.  Ms. Ruiz currently resides at 8 E. Monterey Avenue in Schaumburg, Illinois.

3.      Defendants are the District Director of the Chicago Office for Citizenship and Immigration Services (the "Service"), the Secretary of the Department of Homeland Security ("DHS"), and the Director of the Federal Bureau of Investigation ("FBI").  They are sued in their official capacity.

## Jurisdiction and Venue

4.      This Court has jurisdiction over this matter pursuant to 8 U.S.C. § 1447(b), 28 U.S.C. § 1331, 28 U.S.C. § 1361, 8 U.S.C. §§ 1443-1448, and 5 U.S.C. §§ 701-706.

5.      This Court has jurisdiction to grant declaratory relief pursuant to 28 U.S.C. § 2201, 28 U.S.C. § 2202, and Federal Rules of Civil Procedure 57 and 65.

6.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(e) because the events and omissions giving rise to this matter occurred in this District and because Ms. Ruiz resides in this District.

## Statement of the Case

7.      Ms. Ruiz became a lawful permanent resident of the United States on October 23, 1991.

8.      On July 30, 1999, Ms. Ruiz filed a Form N-400 Application for Naturalization with

the Service.  *See* **Exhibit A-1**.

9.      Ms. Ruiz had her initial interview for the Application on August 30, 2001, and the case was continued because Ms. Ruiz did not pass her English and civics exams after her request for the disability exception was denied.  *See* **Exhibit A-3**.  On November 1, 2001, Ms. Ruiz had a second interview at which her disability exception was accepted and the case was continued. *See* **Exhibit A-4**.  At a follow-up interview for her application on January 3, 2002, Ms. Ruiz' application was recommended for approval.  *See* **Exhibit A-5**.  The interviewing officer, Officer McElligott, indicated in the N-652 Naturalization Interview Results that USCIS would notify Ms. Ruiz of the oath ceremony upon final approval.

10.      Since August 2002, Ms. Ruiz has repeatedly filed inquiries to determine the status of her application and to request that the Service schedule her for a naturalization oath ceremony. *See* **Exhibits B-1 – C-2**.  After waiting seven months from the date of the interview in January 2002, Ms. Ruiz filed her first inquiry through the Office of the Honorable Luis V. Gutierrez, U.S. Representative of Illinois in August 2002.  *See* **Exhibit B-1**.  The Service responded in September 2002, indicating, "Service records reflect that [Ms. Ruiz'] file is located in another section of the Chicago District."  *See* **Exhibit B-2**.  Further, the Service stated that its "database indicates the case has not been update [sic] to reflect the interview on January 3, 2003 [sic]." The Service indicated that the results of a review would be forwarded to the Congressman's office.

11.      After waiting an additional year for the results of the Service's review, Ms. Ruiz again contacted Congressman Gutierrez' office in October 2003.  *See* **Exhibit B-3**.  The Service responded in November 2003, indicating that it could not process the Application because of "enhanced security procedures."  *See* **Exhibit B-4**.

12.    After waiting another six months from the Service's correspondence in November 2003, Ms. Ruiz again requested the assistance of Congressman Gutierrez' office in May 2004. *See* **Exhibit B-5**.  The Service responded in June 2004, indicating that Ms. Ruiz' fingerprints had expired and that she would be scheduled for fingerprinting on July 10, 2004.  The Service further noted, "Once her prints clear, the Service can take further action on her N-400 case."  Ms. Ruiz attended the appointment and had her fingerprints taken on July 10, 2004.

13.    Nearly one year later Congressman Gutierrez' office filed a fourth inquiry with the Service on behalf of Ms. Ruiz in March 2005.  *See* **Exhibit B-6**.  The Service failed to respond.

14.    In April 2007, Ms. Ruiz retained the undersigned counsel to request that the Service schedule her oath of naturalization.  In May 2007, Ms. Ruiz' attorneys filed their first inquiry with the Chicago District Office for the Service.  *See* **Exhibit C-1**.  The Service never issued a response to the inquiry.  Ms. Ruiz' attorneys filed a second inquiry four months later in September 2007.  *See* **Exhibit C-2**.  Again, the Service failed to issue a response to the inquiry.

15.     From the time her application was recommended for approval in January 2002, a total of at least six inquiries from Congressman Gutierrez' office and Ms. Ruiz' attorneys have been filed regarding the status of the Application.  As the above shows, Ms. Ruiz has maintained regular contact with Defendants to reach a decision on her Application, which has been pending since July 1999.  To Ms. Ruiz' knowledge, she is not responsible for the delay in the adjudication of her application, and the Service has not indicated that she is responsible for the Service's failure to make a decision and schedule her oath of naturalization.

16.    On information and belief, the normal period prescribed by Defendants for adjudicating an application for naturalization is eight months.  *See* **Exhibit D**.  To date, 104 months (eight years, eight months) have passed since Ms. Ruiz filed her Application for

Naturalization on July 30, 1999, and 74 months (six years, two months) have passed since she

passed the interview and was recommended for approval on January 3, 2002. As of the date of

this filing, the Service has not adjudicated Ms. Ruiz' application, informed her of a decision on

the Application, or scheduled her oath ceremony for naturalization. The severe delay in Ms.

Ruiz' application has caused her great stress, and a decision is increasingly important given her

age and health condition. Ms. Ruiz was recently diagnosed with an ulcer and a significant mass

in her abdomen. Ms. Ruiz is currently undergoing additional tests for further diagnosis.


**Claim for Relief**


17.    Defendants have violated and continue to violate 8 U.S.C. § 1447(b), 8 U.S.C. §

1448(d), and 8 CFR § 335.3, and 8 CFR § 337.2. Defendants have failed to make a

determination on the Application at the time of the interview and examination for naturalization

or within 120 days after the interview and examination were conducted, as required by 8 U.S.C.

§ 1447 and 8 CFR § 335.3. Defendants have failed to notify Plaintiff that the Application has

been granted or denied and, if granted, of the procedures to be followed for the administration of

the oath of allegiance that is required for admission to citizenship, as required by 8 CFR § 335.3.

Defendants have failed to conduct ceremonies to administer the oath of naturalization at regular

intervals as frequently as necessary to ensure timely naturalization, but in all events at least once

monthly where it is required to minimize unreasonable delays as required by 8 U.S.C § 1448(d)

and 8 CFR § 337.2(a).

18.    Defendants have violated the Administrative Procedures Act, 5 U.S.C. § 701 *et seq.*,

(a) in that they have unlawfully withheld or unreasonably delayed agency action to which

Plaintiff is entitled and (b) in that they have taken action that is arbitrary and capricious, an abuse of discretion and not in accordance with the law.  Defendants have failed to make a determination on the Application at the time of the interview and examination for naturalization or within 120 days after the interview and examination, as required by 8 U.S.C. § 1447 and 8 CFR § 335.3.  Defendants have failed to notify Plaintiff that the Application has been granted or denied and, if granted, of the procedures to be followed for the administration of the oath of allegiance that is required for admission to citizenship, as required by 8 CFR § 335.3.  Defendants have failed to conduct ceremonies to administer the oath of naturalization at regular intervals as frequently as necessary to ensure timely naturalization, but in all events at least once monthly where it is required to minimize unreasonable delays as required by 8 U.S.C § 1448(d) and 8 CFR § 337.2(a).

19.     Defendants willfully and unreasonably have delayed in, and have refused to adjudicate Plaintiffs' Applications, thereby, depriving Plaintiff of rights under 5 U.S.C. § 555(b) to the adjudication of her Application in a reasonable time.

20.     Plaintiff has exhausted any administrative remedies that may exist, and has not caused or contributed to the Service's delay in adjudicating the Application.

**Prayer for Relief**

**WHEREFORE** Plaintiff prays that this Court:

A.  Accept jurisdiction and maintain continuing jurisdiction of this Action.

B.  Declare as unlawful the violation by Defendants and their agents of 8 U.S.C. §§ 1447(b) and 1448(d) and 8 CFR §§ 335.3 and 337.2(a) in failing to make a determination on Plaintiff's

naturalization application at the time of the interview and examination or within 120 days after the interview and examination were conducted; failing to notify Plaintiff that the Application has been granted or denied and, if granted, of the procedures to be followed for the administration of the oath of allegiance that is required for admission to citizenship; and failing to conduct ceremonies to administer the oath of naturalization at regular intervals as frequently as necessary to ensure timely naturalization, but in all events at least once monthly where it is required to minimize unreasonable delays.

C.  Declare as agency action unlawfully withheld and unreasonably delayed, pursuant to 5 U.S.C. § 706(1), the violation by the Defendants and their agents, of 5 U.S.C. § 706(1), 8 U.S.C. §§ 1447(b) and 1448(d) and 8 CFR §§ 335.3 and 337.2(a) in failing to make a determination on Plaintiff's naturalization application at the time of the interview and examination or within 120 days after the interview and examination were conducted; failing to notify Plaintiff that the Application has been granted or denied and, if granted, of the procedures to be followed for the administration of the oath of allegiance that is required for admission to citizenship; and failing to conduct ceremonies to administer the oath of naturalization at regular intervals as frequently as necessary to ensure timely naturalization, but in all events at least once monthly where it is required to minimize unreasonable delays.

D.  Declare as agency action that is arbitrary and capricious, an abuse of discretion, and not in accordance with law, pursuant to 5 U.S.C. § 706(1), the violation by the Defendants and their agents, of 5 U.S.C. § 706(1), 8 U.S.C. §§ 1447(b) and 1448(d) and 8 CFR §§ 335.3 and 337.2(a) in failing to make a determination on Plaintiff's naturalization application at the time of the interview and examination or within 120 days after the interview and examination were conducted; failing to notify Plaintiff that the Application has been granted or denied and, if

granted, of the procedures to be followed for the administration of the oath of allegiance that is required for admission to citizenship; and failing to conduct ceremonies to administer the oath of naturalization at regular intervals as frequently as necessary to ensure timely naturalization, but in all events at least once monthly where it is required to minimize unreasonable delays.

E.   Issue a writ in the nature of mandamus, pursuant to 28 U.S.C. § 1361 and 5 U.S.C. § 706(1), compelling Defendants and their agents to make a determination of Plaintiff's naturalization application within thirty (30) days, to notify Plaintiff that the Application has been granted or denied, and if granted, of the procedures to be followed for the administration of the oath of allegiance, and to conduct ceremonies to administer the oath of naturalization within twenty (20) days of notifying Plaintiff the Application has been granted.

F.   Grant such other and further relief as this Court deems proper under the circumstances.

Dated:   March 26, 2008          /s/ Robert C. Milla
                                 Robert C. Milla

                                 KEMPSTER, KELLER & LENZ-CALVO, LTD.
                                 332 S. Michigan Avenue, Suite 1428
                                 Chicago, IL 60604
                                 (312) 341-9730
                                 Attorneys for Plaintiff

**MARIA LILIA RUIZ**

## EXHIBITS:

| | |
|---|---|
| **Exhibits A-1 – A-5** | Copy of Form I-797C Notice of Action for Fingerprint Notification for N-400 Application for Naturalization, reflecting that the Service received the Application on July 30, 1999.  Copy of Ms. Ruiz' Permanent Resident Card.  Copy of Form N-652 Naturalization Interview Results for Ms. Ruiz' interviews conducted on August 30, 2001; November 1, 2001; and January 3, 2002. |
| **Exhibits B-1 – B-6** | Copies of correspondence and inquiries between the Office of Congressman Gutierrez and Defendants regarding Ms. Ruiz' application. |
| **Exhibits C-1 – C-2** | Copies of inquiries filed by Ms. Ruiz' attorneys in May and September of 2007, regarding Ms. Ruiz' application. |
| **Exhibit D** | Copy of most recent posting of Chicago Processing Dates from U.S. Citizenship and Immigration Services, dated February 15, 2008, indicating that the processing time for Form N-400 Applications for Naturalization is eight months. |

*FCP*

# THE UNITED STATES OF AMERICA

| Fingerprint Notification | | | **NOTICE DATE**<br>June 23, 2004 |
|---|---|---|---|
| **CASE TYPE**<br>N400    Application For Naturalization | | | **INS A#**<br>A 071 848 036 |
| **APPLICATION NUMBER**<br>LIN*000191581 | **RECEIVED DATE**<br>July 30, 1999 | **PRIORITY DATE**<br>July 30, 1999 | **PAGE**<br>1 of 1 |

**APPLICANT NAME AND MAILING ADDRESS**

MARIA LILIA RUIZ
8 EAST MONTEREY
SCHAUMBURG IL  60193-4272

08CV1744    NF
JUDGE NORGLE
MAGISTRATE JUDGE MASON

Your fingerprint card (FD-258) on file with the Immigration &Naturalization Service (INS) has expired.  In order for the INS to continue processing your application, it will be necessary to have your fingerprints re-taken.  This will be completed at no additional expense to you.  **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**  If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below.

**APPLICATION SUPPORT CENTER**
INS HARLEM
4701 N.CUMBERLAND AVE.
SUITE B-D
NORRIDGE IL 60706

**DATE AND TIME OF APPOINTMENT**
07/10/2004
08:00 AM

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE and**
2. **PHOTO IDENTIFICATION.**  Naturalization applicants must bring their Alien Registration Card.  All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID.  If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

### REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available:  ☐ Wednesday afternoon    ☐ Saturday afternoon

INS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice.  Please mail your request to:

INS HARLEM
4701 N.CUMBERLAND AVE.
SUITE B-D
NORRIDGE IL 60706

If you have any questions regarding this notice, please call 1-800-375-5283.    APPLICANT COPY

**APPLICATION NUMBER**
LIN*000191581

**EXHIBIT A-1**

### WARNING!
*Due to limited seating availability in our lobby areas, only persons who are necessary to assist with tran... the fingerprint worksheet should accompany you.*

Form I-797C (Rev. 09/07/93) N

## PERMANENT RESIDENT CARD



NAME RUIZ, MARIA L

INS A# 071-848-036

Birthdate   Category   Sex
12/03/31    IR0        F

Country of Birth
Colombia

CARD EXPIRES 12/30/15

Resident Since  12/25/91

```
.C1USA0718480364LIN0309155037<<
3110083F1312300COL<<<<<<<<<<<3
RUIZ<<MARIA<LILIA<<<<<<<<<<<<<
```



U.S. DEPARTMENT OF JUSTICE Immigration and Naturalization Service

PERMANENT RESIDENT CARD

This person identified by this card is authorized to work and reside in the U.S.

**EXHIBIT**

**A-2**

**U.S. Department of Justice**
**Immigration & Naturalization Service**

## Naturalization Interview Results

A#: _071 848 036_

On _8-30-01_, you were interviewed by INS Officer _Z. ASID_

- [ ] You passed the tests of English and U.S. history and government.
- [ ] You passed the test of U.S. history and government and the English language requirement was waived.
- [ ] The Service has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and or a knowledge of U.S. history and government.

- [x] You will be given another opportunity to be tested on your ability to ___ speak ___ read ___ write English.
- [x] You will be given another opportunity to be tested on your knowledge of U.S. history and government.

- [ ] Please follow the instructions on the Form N-14.
- [ ] INS will send you a written decision about your application.

- [ ] You did not pass the second and final test of your _____ English ability / _____ knowledge of U.S history and government. You will not be rescheduled for another interview for this N-400. INS will send you a written decision about your application.

**A)_____ Congratulations! Your application has been recommended for approval.** At this time, it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for your Oath Ceremony.

**B)_____ A decision cannot yet be made about your application.**

**It is very important that you :**
√  Notify INS if you change your address.
√  Come to any scheduled interview.
√  Submit all requested documents.
√  Send any questions about this application in writing to the officer named above. Include your full name, A-number, and a copy of this paper.
√  Go to any oath ceremony that you are scheduled to attend.
√  Notify INS as soon as possible in writing if you cannot come to any scheduled interview or oath ceremony. Include a copy of this paper and a copy of the scheduling notice.

Form N-652 (12/7/99)Y


EXHIBIT
A-3

A = 71848036

On ___1/1~/~01___ you were interviewed by INS Officer Tom. Hampson

☐ You passed the tests of English and U.S. history and government.
☐ You passed the test of U.S. history and government and the English language requirement was waived.
☒ The Service has accepted your request for a Disability Exception.   You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

☐ You will be given another opportunity to be tested on your ability to _____ speak _____ read _____ / write English.
☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

☒ Please follow the instructions on the Form N-14.
☒ INS will send you a written decision about your application.

☐ You did not pass the second and final test of your _____ English ability / _____ knowledge of U.S. history and government.   You will not be rescheduled for another interview for this N-400.  INS will send you a written decision about your application.

**A)_____  Congratulations!  Your application has been recommended for approval.**  At this time, it appears that you have established your eligibility for naturalization.  If final approval is granted, you will be notified when and where to report for your Oath Ceremony.

**B)_____  A decision cannot yet be made about your application.**

**It is very important that you :**
√  Notify INS if you change your address.
√  Come to any scheduled interview.
√  Submit all requested documents.
√  Send any questions about this application in writing to the officer named above.  Include your full name, A-number, and a copy of this paper.
√  Go to any oath ceremony that you are scheduled to attend.
√  Notify INS as soon as possible in writing if you cannot come to any scheduled interview or oath ceremony.  Include a copy of this paper and a copy of the scheduling notice.

Form N-652 (12/7/99)Y


EXHIBIT
A-4

## Naturalization Interview Results

**U.S. Department of Justice**
**Immigration & Naturalization Service**

A# : ___A 71 848 036___

On ___1 3 02___ , you were interviewed by INS Officer ___Mc Elligott___

☐ You passed the tests of English and U.S. history and government.
☐ You passed the test of U.S. history and government and the English language requirement was waived.
☐ The Service has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

☐ You will be given another opportunity to be tested on your ability to _____ speak/ _____ read _____ / write English.
☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

☐ Please follow the instructions on the Form N-14.
☐ INS will send you a written decision about your application.

☐ You did not pass the second and final test of your _____ English ability / _____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this N-400. INS will send you a written decision about your application.

A)___✓___ **Congratulations! Your application has been recommended for approval.** At this time, it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for your Oath Ceremony.

B)_____ **A decision cannot yet be made about your application.**

**It is very important that you :**
√ Notify INS if you change your address.
√ Come to any scheduled interview.
√ Submit all requested documents.
√ Send any questions about this application in writing to the officer named above. Include your full name, A-number, and a copy of this paper.
√ Go to any oath ceremony that you are scheduled to attend.
√ Notify INS as soon as possible in writing if you cannot come to any scheduled interview or oath ceremony. Include a copy of this paper and a copy of the scheduling notice.

**EXHIBIT**
**A-5**

LUIS V. GUTIERREZ

MEMBER OF CONGRESS
4TH DISTRICT, ILLINOIS

2452 RAYBURN BUILDING
WASHINGTON, DC 20515
(202) 225-8203

COMMITTEES:

FINANCIAL SERVICES

SUBCOMMITTEES:
OVERSIGHT AND INVESTIGATIONS
RANKING DEMOCRAT
FINANCIAL INSTITUTIONS AND
CONSUMER CREDIT
INTERNATIONAL MONETARY POLICY
AND TRADE

VETERANS' AFFAIRS

SUBCOMMITTEE:
HEALTH

# Congress of the United States
## House of Representatives
### Washington, DC 20515–1304

August 27, 2002

Ms. Maria Ruiz
8 E. Monterrey
Schaumburg, IL 60193

08CV1744   NF
JUDGE NORGLE
MAGISTRATE JUDGE MASON

Dear Ms. Ruiz:

I have received your authorization case sheet detailing your concerns regarding the status of your naturalization petition.

For your information, I am enclosing a copy of my letter of inquiry to Brian Perryman, Director of the U.S. Immigration and Naturalization Service (INS) in Chicago. When I receive a response from the INS, you will be notified promptly. If you do not receive a notification within three months, please contact me.

Please be assured that I will continue to assist you in this important matter and keep you informed of the status of your application.

Please do not hesitate to call on me whenever you believe I can be of service.

Sincerely,

Luis V. Gutierrez
Member of Congress

LVG:rr
Enclosure

EXHIBIT
B-1

LUIS V. GUTIERREZ
MEMBER OF CONGRESS
4TH DISTRICT, ILLINOIS

2452 RAYBURN BUILDING
WASHINGTON, DC 20515
(202) 225-8203

COMMITTEES:

FINANCIAL SERVICES
SUBCOMMITTEES:
OVERSIGHT AND INVESTIGATIONS
RANKING DEMOCRAT
FINANCIAL INSTITUTIONS AND
CONSUMER CREDIT
INTERNATIONAL MONETARY POLICY
AND TRADE

VETERANS' AFFAIRS
SUBCOMMITTEE
HEALTH

# Congress of the United States
## House of Representatives
## Washington, DC 20515-1504

August 27, 2002

Mr. Brian Perryman
U.S. Immigration & Naturalization Service
10 West Jackson Boulevard
Suite 600
Chicago, IL 60604

Dear Mr. Perryman:

I am contacting you on behalf of my constituent, Ms. Maria Ruiz, A# 071-848-036. Enclosed for your review is a completed authorization case sheet detailing Ms. Ruiz's concerns regarding the status of her naturalization petition.

As you will note, Ms. Ruiz had her preliminary examination and interview during January 3, 2002. Ms. Ruiz complied with this information request and submitted copies of her documentation to the INS on the date that she submitted her N-400 application. However, as of this date, she has not been scheduled for her oath ceremony. Therefore, I would be grateful if you would review this matter and please inform me when Ms. Ruiz will be scheduled for her naturalization ceremony.

Thank you for your prompt attention to this important matter. I look forward to receiving your response at my Chicago office, located at 3181 N. Elston Avenue, Chicago, Illinois 60618.

Sincerely,

Luis V. Gutierrez
Member of Congress

LVG:rr
Enclosures

N

LUIS V. GUTIERREZ
MEMBER OF CONGRESS
4TH DISTRICT, ILLINOIS

2452 RAYBURN BUILDING
WASHINGTON, DC 20515
(202) 225-8203

COMMITTEES:

FINANCIAL SERVICES

SUBCOMMITTEES:
OVERSIGHT AND INVESTIGATIONS
RANKING DEMOCRAT
FINANCIAL INSTITUTIONS AND
CONSUMER CREDIT
INTERNATIONAL MONETARY POLICY
AND TRADE

VETERANS' AFFAIRS

SUBCOMMITTEE:
HEALTH

# Congress of the United States

## House of Representatives

### Washington, DC 20515-1304

September 25, 2002

Ms. Maria Ruiz
8 E. Monterrey
Schaumburg, IL 60193

Dear Ms. Ruiz:

I am writing to inform you that I have received a response regarding your naturalization petition from the U.S. Immigration and Naturalization Service (INS).

As you will note from the enclosed response, the INS states their Service Records indicate that your file is located in another section of the Chicago District. The database indicates the case has not been update to reflect the interview on January 03, 2001. The file has been requested and when received the case will be reviewed by the Congressional Unit. The results of that review will be forwarded to your office.

You should receive official notification from the INS within 60 days. If you do not receive this notification, please contact my office.

I am very pleased that I was able to assist you in this important matter. As always, please feel free to call on me whenever you believe I can be of assistance.

Sincerely,

Luis V. Gutierrez
Member of Congress

LVG:rr
Enclosure

**EXHIBIT**
**B-2**

**U.S. Department of Justice**
Immigration & Naturalization Service

SEP 2 5 2002

CHI 30/2.1

*10 West Jackson Blvd.*
*Chicago, IL 60604*

SEP 2 3 2002

The Honorable Luis V. Gutierrez
U.S. Representative
North Elston Office
3181 N. Elston Ave.
Chicago, Il 60618

Attn: Rosa Roman

Dear Congressman Gutierrez:

Reference is made to your inquiry received September 4, 2002, regarding the case of Maria Ruiz, Service file number A71 848 036. Specifically, you are requesting that the Service advise you as to the status of the N-400.

We have reviewed the Service records as they pertain to this case. Service records reflect that your constituent's "A" file is located in another section of the Chicago District. The database indicates the case has not been update to reflect the interview on January 03, 2003. The file has been requested and when received the case will be reviewed by the Congressional Unit. The results of that review will be forwarded to your office.

Thank you for the opportunity to assist your office in this matter.

Sincerely,

Brian R. Perryman
District Director

BRP:sjt

LUIS V. GUTIERREZ
MEMBER OF CONGRESS
4TH DISTRICT, ILLINOIS

2452 RAYBURN BUILDING
WASHINGTON, DC 20515
(202) 225-8203

COMMITTEES:

FINANCIAL SERVICES

SUBCOMMITTEES:
OVERSIGHT AND INVESTIGATIONS
RANKING DEMOCRAT
FINANCIAL INSTITUTIONS AND
CONSUMER CREDIT
INTERNATIONAL MONETARY POLICY
AND TRADE

VETERANS' AFFAIRS

SUBCOMMITTEE:
HEALTH

# Congress of the United States
## House of Representatives
## Washington, DC 20515–1504

October 29, 2003

Ms. Maria Ruiz
8 E. Monterrey
Schaumburg, IL 60193

Dear Ms. Ruiz:

I have received your authorization case sheet detailing your concerns regarding the status of your naturalization petition.

For your information, I am enclosing a copy of my letter of inquiry to Donald J. Monica, Interim District Director of the Bureau of Citizenship/Immigration Services (BCIS) in Chicago. When I receive a response from the BCIS, you will be promptly notified. If you do not receive a notification within two months, please contact me.

Please be assured that I will continue to assist you in this important matter and keep you informed of the status of your application.

Please do not hesitate to call on me whenever you believe I can be of service.

Sincerely,

Luis V. Gutierrez
Member of Congress

LVG:rr
Enclosure

3181 NORTH ELSTON AVENUE
CHICAGO, IL 60618
(773) 509-0999
(773) 509–1536 TDD LINE

DISTRICT OFFICES
1429 WEST 18TH STREET
CHICAGO, IL 60608
(312) 666-3882

PRINTED ON RECYCLED PAPER

EXHIBIT
B-3

LUIS V. GUTIERREZ
MEMBER OF CONGRESS
4TH DISTRICT, ILLINOIS
2452 RAYBURN BUILDING
WASHINGTON, DC 20515
(202) 225-8203

# Congress of the United States

## House of Representatives

### Washington, DC 20515–1304

COMMITTEES:
_____
FINANCIAL SERVICES

SUBCOMMITTEES:
OVERSIGHT AND INVESTIGATIONS
RANKING DEMOCRAT
FINANCIAL INSTITUTIONS AND
CONSUMER CREDIT
INTERNATIONAL MONETARY POLICY
AND TRADE
_____
VETERANS' AFFAIRS

SUBCOMMITTEE
HEALTH

October 29, 2003

Mr. Donald J. Monica
Bureau of Citizenship/Immigration Services
10 West Jackson Boulevard
Suite 600
Chicago, IL 60604

Dear Mr. Monica:

I am contacting you on behalf of my constituent, Ms. Maria Ruiz, A#71848036. Enclosed for your review is a completed authorization case sheet detailing Ms. Ruiz's concerns regarding the status of her naturalization petition.

As you will note, Ms. Ruiz passed her preliminary examination and interview during January 3, 2002. However, as of this date, she has not been scheduled for her oath ceremony. Therefore, I would be grateful if you would review this matter and please inform me when Ms. Ruiz will be scheduled for her naturalization ceremony.

Thank you for your prompt attention to this important matter. I look forward to receiving your response at my Chicago office, located at 3455 W. North Avenue, Chicago, Illinois 60647.

Sincerely,

Luis V. Gutierrez
Member of Congress

LVG:rr
Enclosure

DISTRICT OFFICES
3181 NORTH ELSTON AVENUE
CHICAGO, IL 60618
(773) 509-0999
(773) 509-1536 TDD LINE

1429 WEST 18TH STREET
CHICAGO, IL 60608
(312) 666-3882

2615 WEST DIVISION
CHICAGO, IL 60622
(773) 394-9125

PRINTED ON RECYCLED PAPER





**DEPARTMENT OF HOMELAND SECURITY**
Bureau of Citizenship and Immigration Services
**CHI 70/48.2-C**

*10 West Jackson Boulevard*
*Chicago, IL 60604*

November 21, 2003

The Honorable Luis V. Gutierrez
United States Representative
3455 W. North Avenue
Chicago, IL 60647

Attention: Rosa Roman

Re: A071 848 036 - Ruiz, Maria

Dear Congressman Gutierrez,

Due to circumstances involving enhanced security procedures, the United States Citizenship and Immigration Services (CIS) is required to comply with certain security measures. We are unable to completely process your application at this time. We regret any inconvenience this may cause. Once the security procedures are complete, processing of your application will continue. Thank you for your patience.

Sincerely,

Donald J. Monica
Interim District Director
U.S. Department of Homeland Security
Bureau of Citizenship and Immigration Services

**DJM:drw**
Correspondence Tracking Number: **CHI110503 67**
Thank you for contacting BCIS Customer Service

EXHIBIT

B-4

LUIS V. GUTIERREZ
MEMBER OF CONGRESS
4TH DISTRICT, ILLINOIS

2367 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-8203

DISTRICT OFFICES:
3455 WEST NORTH AVENUE
CHICAGO, IL 60647
(773) 384-1655

1310 WEST 18TH STREET
CHICAGO, IL 60608
(312) 666-3882

COMMITTEES:

FINANCIAL SERVICES

SUBCOMMITTEES:
OVERSIGHT AND INVESTIGATIONS
RANKING MEMBER
FINANCIAL INSTITUTIONS AND
CONSUMER CREDIT
INTERNATIONAL MONETARY POLICY,
TRADE AND TECHNOLOGY

VETERANS' AFFAIRS

SUBCOMMITTEE:
HEALTH

# Congress of the United States
## House of Representatives
### Washington, DC 20515-1304

May 19, 2004

Ms. Maria Ruiz
8 E. Monterrey
Schaumburg, IL 60193-4731

Dear Ms. Ruiz:

I have received your authorization case sheet detailing your
concerns regarding the status of your naturalization petition.

For your information, I am enclosing a copy of my letter of
inquiry to Michael M. Comfort, District Director of the US.
Citizenship and Immigration Services (CIS) in Chicago.
When I receive a response from the CIS, you will be promptly
notified. If you do not receive a notification within two months,
please contact me.

Please be assured that I will continue to assist you in this
important matter and keep you informed of the status of your
application.

Please do not hesitate to call on me whenever you believe I can
be of service.

Sincerely,

Luis V. Gutierrez
Member of Congress

LVG:rr
Enclosure

EXHIBIT
B-5

LUIS V. GUTIERREZ
MEMBER OF CONGRESS
4TH DISTRICT ILLINOIS

2367 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON DC 20515
(202) 225-8203

DISTRICT OFFICES
3455 WEST NORTH AVENUE
CHICAGO, IL 60647
(773) 384-1655

1310 WEST 18TH STREET
CHICAGO, IL 60608
312 666-3882

# Congress of the United States
## House of Representatives
## Washington, DC 20515-1304

COMMITTEES

FINANCIAL SERVICES

SUBCOMMITTEES
OVERSIGHT AND INVESTIGATIONS
RANKING MEMBER
FINANCIAL INSTITUTIONS AND
CONSUMER CREDIT
INTERNATIONAL MONETARY POLICY,
TRADE AND TECHNOLOGY

VETERANS' AFFAIRS

SUBCOMMITTEE
HEALTH

May 19, 2004

Mr. Michael M. Comfort
District Director
US. Citizenship and Immigration Services
10 West Jackson Boulevard
Suite 600
Chicago, IL 60604

Dear Mr. Comfort:

I am contacting you on behalf of my constituent, Ms. Maria Ruiz, A# 71848036. Enclosed for your review is a completed authorization case sheet detailing Ms. Ruiz's concerns regarding the status of her naturalization petition.

As you will note, Ms. Ruiz passed her preliminary examination and interview during January 03, 2002. However, as of this date, she has not been scheduled for her oath ceremony. Therefore, I would be grateful if you would review this matter and please inform me when Ms. Ruiz will be scheduled for her naturalization ceremony.

Thank you for your prompt attention to this important matter. I look forward to receiving your response at my Chicago office, located at 3455 W. North Avenue, Chicago, Illinois 60647.

Sincerely,

Luis V. Gutierrez
Member of Congress

LVG:rr
Enclosure

JIS V. GUTIERREZ
2MBER Oᶠ CONGRESS
4TH DISTRICT, ILLINOIS

2367 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-8203

DISTRICT OFFICES:
3455 WEST NORTH AVENUE
CHICAGO, IL 60647
(773) 384-1655

1310 WEST 18TH STREET
CHICAGO, IL 60608
(312) 666-3882

# Congress of the United States
## House of Representatives
### Washington, DC 20515–1304

COMMITTEES:

FINANCIAL SERVICES

SUBCOMMITTEES:
OVERSIGHT AND INVESTIGATIONS
RANKING MEMBER

FINANCIAL INSTITUTIONS AND
CONSUMER CREDIT

INTERNATIONAL MONETARY POLICY,
TRADE AND TECHNOLOGY

VETERANS' AFFAIRS

SUBCOMMITTEE:
HEALTH

June 25, 2004

Ms. Maria Ruiz
8 E. Monterrey
Schaumburg, IL 60193-4731

Dear Ms. Ruiz:

I am pleased to inform you that I have received a response regarding your naturalization petition from the U.S. Citizenship and Immigration Services (CIS).

As you will note from the enclosed response, the CIS has informed me that you have been scheduled for your fingerprint appointment at the CIS Application Support Center during Saturday, July 10, 2004.

Please be aware that the approximate processing time for fingerprint clearance is 120 days. Once your prints are cleared, the processing of your application will continue, and you will be notified of the status of your naturalization petition. If you do not receive notification from the CIS within five months, please contact me.

I am very pleased that I was able to assist you in this important matter. As always, please feel free to call on me whenever you believe I can be of assistance.

Sincerely,

Luis V. Gutierrez
Member of Congress

LVG:rr
Enclosure



**U.S. Department of Homeland Security**
10 W. Jackson Blvd.
Chicago, IL 60604

**U.S. Citizenship and Immigration Services**

CHI 70/48.2-C

June 22, 2004

The Honorable Luis V. Gutierrez
United States Representative
3455 W. North Avenue
Chicago, IL 60647

Attention: Rosa Roman

Re: A071 848 036 - Ruiz, Maria

Dear Congressman Gutierrez,

Records indicate that the applicant's last set of fingerprints has expired. As a result, the applicant has been scheduled for fingerprinting at the CIS Application Support Center (ASC) located in Norridge, Illinois on Saturday, July 10, 2004. A fingerprint appointment notice will be mailed to the applicant. Once her prints clear, the Service can take further action on her N-400 case.

Sincerely,

Michael M. Comfort
District Director

MMC:drw
Correspondence Tracking Number: **CHI052704 59**
Thank you for contacting USCIS Customer Service



LUIS V. GUTIERREZ
MEMBER OF CONGRESS
4TH DISTRICT, ILLINOIS
2367 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225–8203

DISTRICT OFFICES:
3455 WEST NORTH AVENUE
CHICAGO, IL 60647
(773) 384–1655

1310 WEST 18TH STREET
CHICAGO, IL 60608
(312) 866–3882

# Congress of the United States
## House of Representatives
### Washington, DC 20515–1304

COMMITTEES:

FINANCIAL SERVICES

SUBCOMMITTEES:
OVERSIGHT AND INVESTIGATIONS
RANKING MEMBER
FINANCIAL INSTITUTIONS AND
CONSUMER CREDIT
INTERNATIONAL MONETARY POLICY,
TRADE AND TECHNOLOGY

VETERANS' AFFAIRS

SUBCOMMITTEE:
HEALTH

March 9, 2005

COPY

Mr. Michael Comfort
District Director
U.S. Citizenship and Immigration Services
10 West Jackson Boulevard
Suite 600
Chicago, IL 60604

Dear Mr. Comfort:

I am contacting you again on behalf of Ms. Maria Ruiz, A# 071-848-036.

Enclosed for your review is a copy of your last response dated June 22, 2004 and as of yet she has not received her scheduled for her naturalization ceremony.

As a great deal of time has elapsed without my having received a response, I would be grateful if you would please forward the requested information to my office without further delay.

I again thank you for your attention to this important matter.

Sincerely,

Luis V. Gutierrez
Member of Congress

LVG:rr
Enclosure

EXHIBIT
B-6

 

**DEPARTMENT OF HOMELAND SECURITY U.S.**
Citizenship and Immigration Service
Chicago District Office

**STATUS INQUIRY FORM**

DATE:   May 30, 2007

## CORRESPONDENCE DETAILS

On Behalf of (Applicant):

COPY

A Number: _____ **A071 848 036**

Name: **RUIZ,    MARIA    LILIA**
      Last       First     Middle

Mailing Address:   8  EAST MONTEREY

City: SCHAUMBURG   State: IL   Zip Code: 60193

Daytime Phone Number: 630/205-2524

Country of Birth: COLOMBIA   Date of Birth: 10/08/1931

## CORRESPONDENCE INFORMATION

____ Check if telephonic inquiry

Class: GENERAL  Request Type (check all that apply): __ Address Change _ General ____ Received Documents

| | |
|---|---|
| ____ Check box if author is same as applicant (DO NOT complete the following if box is checked) | |

Type of inquiry:
____ Applicant  X  Attorney ____ CBO

Name:   CORCORAN, THERESA C.
     Last      First     Middle

Firm/Organization: Kempster, Keller & Lenz-Calvo, Ltd.

Mailing Address: 332 S. Michigan Ave.

Suite # or Apt. #: 1428

City: Chicago   State: IL   Zip Code: 60604

Phone No.: 312-341-9730

Type of Application (check one): ____ Adjustment of Status   **X  Citizenship**

**FORM FILED (check boxes below that apply):**   **DATE APPLICATION FILED: 07/30/1999**

___ 1-130    ___ 1-485    ___ I-75 1    ___ 1-765    ___ I-824

_ N-336  **X N-400**    ___ N-565    ___ N-600    ___ N-643    Other: _____

**REQUEST RESCHEDULE FOR (check one):** —— Fingerprinting   **X** Interview   __Oath

**Additional Comments:** WE KINDLY REQUEST FOR A FAVORABLE ADJUDICATION OF OUR CLIENT'S NATURALIZATION APPLICATION, OR AT THE VERY LEAST, AN IMMEDIATE RESPONSE TO  HER LONG-PENDING CASE. SHE HAS BEEN FINGERPRINTED 3 TIMES AND INTERVIEWED 2 TIMES. OUR CLIENT AND CONGRESSMAN GUTIERREZ' OFFICE HAS FILED NUMEROUS INQUIRIES IN THE PAST. WE GREATLY APPRECIATE YOUR  IMMEDIATE ATTENTION TO THIS MATTER.  THANK YOU.

\*\*\*     INQUIRIES MAY BE MADE BY APPLICANTS, BENEFICIARIES, ATTORNEYS, AND ACCREDITED REPRESENTATIVES ONLY.  IF YOU ARE AN ATTORNEY, A FORM G-28 MUST BE ATTACHED.

\*\*\*     CBOs MUST INCLUDE A PRIVACY RELEASE SIGNATURE FROM THE APPLICANT:

Signature: Our G-28 is attached._____   **Date:**  MAY 30, 2007

\*\*     MAIL INQUIRIES TO: USCIS, CUSTOMER SERVICE, P.O. BOX 3616, CHICAGO, IL 60690

CU Revised 08/14/03

**EXHIBIT**
tabbies® **C-1**

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Entry of Appearance
as Attorney or Representative**

Appearances - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. **Availability of Records** - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

In re: **RUIZ, MARIA LILIA**

Date:  **05/08/2007**

File No.  **A071 848 036**

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s):

| Name: | | | | |
|---|---|---|---|---|
| **MARIA LILIA RUIZ** | ☐ Petitioner | | ☒ Applicant | |
| | ☐ Beneficiary | | ☐ | |
| Address: (Apt. No.)        (Number & Street) | (City) | (State) | | (Zip Code) |
| **8 EAST MONTEREY** | **SCHAUMBURG,** | **IL** | | **60193** |

| Name: | | | | |
|---|---|---|---|---|
| | ☐ Petitioner | | ☐ Applicant | |
| | ☐ Beneficiary | | ☐ | |
| Address: (Apt. No.)        (Number & Street) | (City) | (State) | | (Zip Code) |

*Check Applicable Item(s) below:*

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia

_____**Illinois Supreme Court**_____ and am not under a court or administrative agency
Name of Court

order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with _____
the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. (*If you check this item, also check item 1 or 2 whichever is appropriate.*)

☐ 4. Others (Explain Fully.)

| SIGNATURE            robertm@klc-ltd.com | COMPLETE ADDRESS  **Kempster, Keller & Lenz-Calvo, LTD.** |
|---|---|
| | **332 S. Michigan Ave, Suite 1428** |
| | **Chicago, IL 60604** |
| NAME (Type or Print) **Robert C. Milla, Esq.** | TELEPHONE NUMBER  **(312) 341-9730**    FAX  **(312) 341-0399** |

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:*

**Kempster, Keller & Lenz-Calvo, Ltd.**

(Name of Attorney or Representative)

*THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*

| Name of Person Consenting | Signature of Person Consenting | Date |
|---|---|---|
| **MARIA LILIA RUIZ** | | |

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09/26/00)Y



**DEPARTMENT OF HOMELAND SECURITY U.S.**

Citizenship and Immigration Service
Chicago District Office

**STATUS INQUIRY FORM**

## 2ND REQUEST

DATE:     SEPTEMBER 12, 2007

### CORRESPONDENCE DETAILS

On Behalf of (Applicant):

COPY

SEP 1 2 2007

A Number: _____ A071 848 036

Name: **RUIZ,     MARIA     LILIA**
        Last      First    Middle

Mailing Address:   8 EAST MONTEREY

City: SCHAUMBURG   State: IL   Zip Code: 60193

Daytime Phone Number: 630/205-2524

Country of Birth: COLOMBIA   Date of Birth: 10/08/1931

### CORRESPONDENCE INFORMATION

___ Check if telephonic inquiry

Class: GENERAL  Request Type (check all that apply): ___ Address
Change __ General ____ Received Documents

___ Check box if author is same as applicant
(DO NOT complete the following if box is checked)

Type of inquiry:
___ Applicant  X  Attorney ___ CBO

Name:    CORCORAN, THERESA C.

    Last      First      Middle
Firm/Organization: Kempster, Keller & Lenz-Calvo, Ltd.

Mailing Address:  332 S. Michigan Ave.

Suite # or Apt. #:   1428

City:  Chicago   State: IL  Zip Code: 60604

Phone No.:  312-341-9730

Type of Application (check one):   ____ Adjustment of Status   **X  Citizenship**

FORM FILED (check boxes below that apply):   **DATE APPLICATION FILED: 07/30/1999**

| ___ I-130 | ___ I-485 | ___ I-75 1 | ___ I-765 | ___ I-824 |
|---|---|---|---|---|

| _ N-336 | **X N-400** | ___ N-565 | ___ N-600 | ___ N-643 | Other: _____ |
|---|---|---|---|---|---|

**REQUEST RESCHEDULE FOR (check one):** —— Fingerprinting   **X** Interview   ___Oath

**Additional Comments:** WE KINDLY REQUEST FOR A FAVORABLE ADJUDICATION OF OUR CLIENT'S NATURALIZATION APPLICATION, OR AT THE VERY LEAST, AN IMMEDIATE RESPONSE TO HER LONG-PENDING CASE. SHE HAS BEEN FINGERPRINTED 3 TIMES AND INTERVIEWED 2 TIMES. OUR CLIENT AND CONGRESSMAN GUTIERREZ' OFFICE HAS FILED NUMEROUS INQUIRIES IN THE PAST. WE GREATLY APPRECIATE YOUR IMMEDIATE ATTENTION TO THIS MATTER. THANK YOU.

\*\*\*     INQUIRIES MAY BE MADE BY APPLICANTS, BENEFICIARIES, ATTORNEYS, AND ACCREDITED
     REPRESENTATIVES ONLY. IF YOU ARE AN ATTORNEY, A FORM G-28 MUST BE ATTACHED.

\*\*\*     CBOs MUST INCLUDE A PRIVACY RELEASE SIGNATURE FROM THE APPLICANT:

Signature: Our G-28 is attached._____   **Date:** _SEPTEMBER 12, 2007_

\*\*     MAIL INQUIRIES TO: USCIS, CUSTOMER SERVICE, P.O. BOX 3616, CHICAGO, IL 60690

CU Revised 08/14/03

**EXHIBIT**

**C-2**

**U.S. Department of Justice**
Immigration and Naturalization Service

# Notice of Entry of Appearance as Attorney or Representative

Appearances - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. **Availability of Records** - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

In re: **RUIZ, MARIA LILIA**

Date: **05/08/2007**

File No. **A071 848 036**

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s):

Name: **MARIA LILIA RUIZ**  ☐ Petitioner ☐ Beneficiary  ☒ Applicant

Address: (Apt. No.) (Number & Street) **8 EAST MONTEREY**  (City) **SCHAUMBURG,** (State) **IL** (Zip Code) **60193**

Name:  ☐ Petitioner ☐ Beneficiary  ☐ Applicant

Address: (Apt. No.) (Number & Street)  (City) (State) (Zip Code)

Check Applicable Item(s) below:

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia **Illinois Supreme Court** and am not under a court or administrative agency order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. (*If you check this item, also check item 1 or 2 whichever is appropriate.*)

☐ 4. Others (Explain Fully.)

SIGNATURE robertm@klc-ltd.com

NAME (Type or Print) **Robert C. Milla, Esq.**

COMPLETE ADDRESS **Kempster, Keller & Lenz-Calvo, LTD. 332 S. Michigan Ave, Suite 1428 Chicago, IL 60604**

TELEPHONE NUMBER **(312) 341-9730** FAX **(312) 341-0399**

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:* **Kempster, Keller & Lenz-Calvo, Ltd.**

(Name of Attorney or Representative)

*THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*

Name of Person Consenting **MARIA LILIA RUIZ** | Signature of Person Consenting | Date

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09/26/00)Y



08CV1744   NF
JUDGE NORGLE
MAGISTRATE JUDGE MASON

Home   Contact Us   Site Map   FAQ

Search

Advanced Search

Services & Benefits    Immigration Forms    Laws & Regulations    About USCIS    Education & Resource    Press Room

[ Print This Page ]    [ Back ]

## U.S. Citizenship and Immigration Services
## Chicago IL Processing Dates
## Posted February 15, 2008

The processing times shown below are a tool for our customers to gauge our current processing times. When applications and petitions are completed within our target timeframes, that goal will be shown in the data display.

The processing times shown below are for applications that have just been completed. If you have just filed your application, these timeframes may not reflect how long your application will take to be completed. We encourage you to check this page periodically before inquiring about your case. The processing times are updated monthly.

USCIS has received a significant increase in the number of applications filed. In July and August, nearly 2.5 million applications and petitions of all types were received. This compares to 1.2 million applications and petitions received in the same time period last year. This fiscal year, we received 1.4 million applications for naturalization; nearly double the volume we received the year before. The agency is working to improve processes and focus increased resources, including hiring approximately 1,500 new employees, to address this workload.

As a result, average processing times for certain application types may be longer. In particular, naturalization applications filed after June 1, 2007 may take approximately 14-16 months to process.

We offer a variety of services after you file.  For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our customer guide –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

District Office Processing Dates for **Chicago IL** Posted February 15, 2008

| Form | Form Name | Processing Timeframe: |
|------|-----------|----------------------|
| I-131 | Application for Travel Documents | November 17, 2007 |
| I-485 | Application to Register Permanent Residence or Adjust Status | August 19, 2007 |
| I-600 | Petition to Classify Orphan as an Immediate Relative | August 26, 2007 |
| I-600A | Application for Advance Processing of Orphan Petition | August 26, 2007 |
| I-765 | Application for Employment Authorization | November 30, 2007 |
| N-400 | Application for Naturalization | July 20, 2007 |
| N-600 | Application for Certification of Citizenship | September ~~__ ____~~ |

**EXHIBIT**

tabbies®

**D**
_____

https://egov.uscis.gov/cris/jsps/officeProcesstimes.jsp?selectedOffice=16

Print This Page    Back

**03-26-2008 10:51 AM EDT**

Home   Contact Us   Privacy Policy   Website Policies   NoFEAR   Freedom Of Information Act   FirstGov

U.S. Department of Homeland Security