UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Maria Lilia Ruiz
                          Plaintiff,

v.                                                Case No.: 1:08–cv–01744
                                                 Honorable Charles R. Norgle Sr.

Ruth A, Dorochoff, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 20, 2008:

      MINUTE entry before the Honorable Charles R. Norgle, Sr:Status hearing held on 6/20/2008. Plaintiff is given 14 days to file a memorandum in support of jurisdiction. Defendant is given 7 days to respond. Status hearing is continued to 7/25/2008 at 9:30 a.m. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.