IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIA LILIA RUIZ,<br><br>     Plaintiff<br>v.<br><br>RUTH A. DOROCHOFF, Chicago District Director of the Citizenship and Immigration Services; MICHAEL CHERTOFF, Secretary of the U.S. Department of Homeland Security; and ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation,<br><br>     Defendants. | CASE NO. 08 C 1744<br><br>Judge Norgle |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)

  Plaintiff MARIA LILIA RUIZ, by her undersigned attorney, Robert C. Milla of Kempster, Keller & Lenz-Calvo, Ltd., requests that the Court allow the voluntary dismissal of her Complaint for Declaratory Relief and for Writ in the Nature of Mandamus. Plaintiff was interviewed again for her N-400 Application for Naturalization on July 3, 2008, and was again recommended for approval. Ms. Ruiz has been scheduled to attend a naturalization oath ceremony on July 16, 2008, after which she will become a citizen of the United States. In support of this Notice, Plaintiff states:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. As of July 14, 2008, Plaintiff has not been served with an answer or a motion for summary judgment from Defendants.

2. The Court has ordered briefs from the parties regarding jurisdiction. Plaintiff has complied with the Order; however, the issue in dispute, Plaintiff's application for naturalization, has been resolved.

                       Respectfully submitted,

Dated: July 14, 2008       /s/ Robert C. Milla
                     Robert C. Milla
                     KEMPSTER, KELLER & LENZ-CALVO, LTD.
                     332 S. Michigan Avenue, Suite 1428
                     Chicago, IL 60604
                     (312) 341-9730
                     Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I, Robert Milla, hereby certify that on July 14, 2008, in accordance with Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), I electronically filed NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i) with the Clerk of the Court using the CM/ECF system which will send notice of such filing to:

USAILN.ECFAUSA@usdoj.gov

stacy.dezsi@usdoj.gov

/s/ Robert C. Milla
Robert C. Milla
KEMPSTER, KELLER & LENZ-CALVO, LTD.
332 S. Michigan Avenue, Suite 1428
Chicago, IL 60604
(312) 341-9730
Attorneys for Plaintiff