# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1744 | **DATE** | 7/14/2008 |
| **CASE TITLE** | Ruiz vs. Dorochoff, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff has notified the Court that the Plaintiff's Application for Naturalization has been recommended for approval. Accordingly, Plaintiff filed a Notice of Dismissal pursuant to FED. R. CIV. P. 41 (a)(1)(A)(i). The case is therefore dismissed with prejudice. IT IS SO ORDERED.

*[Signature: Charles Norgle]*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | EF |
|---|---|---|